HENRY THOMAS BUCHANAN *v*. STATE OF INDIANA.

[No. 576S157.  Filed June 1, 1976.]

*Harriette Bailey Conn* [*Mrs.*], Public Defender of Indiana, *Eugene C. Hollander*, Deputy Public Defender, for appellant.

*Theodore L. Sendak*, Attorney General, *Wesley T. Wilson*, Deputy Attorney General, for appellee.

CONCURRING OPINION

HUNTER, J.—I am in agreement with the majority that the decision by the Court of Appeals be affirmed. However, in my opinion this Court should unequivocally disapprove of the use of the instruction:

> "In consideration of the rights of the defendant, do not forget that by each acquittal of a criminal, the safeguards erected by society for its protection are weakened."

The Court of Appeals in the opinion by Judge Sullivan states in part:

> "[W]e are unable to approve the particular instruction before us, in the light of the evidence in this case."

This language modifies the disapproval of this instruction. I believe this Court should expressly and completely reject the use of this instruction in any case by the trial courts of Indiana.

NOTE.—Reported at 348 N.E.2d 394.